STATE of Missouri, ex rel. MISSOURI DEPARTMENT OF NATURAL RESOURCES, Appellant,

v.

Jeremiah W. (Jay) NIXON, Attorney General of Missouri, Respondent.

No. WD 68067.

Missouri Court of Appeals, Western District.

Dec. 11, 2007.

James K. Lowry, Jefferson City, MO, for Appellant.

James R. Layton, Jefferson City, MO, for Respondent.

Before HAROLD L. LOWENSTEIN, P.J., JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM.

The Department of Natural Resources appeals the judgment of the circuit court quashing a writ of prohibition and the denial of a permanent writ of prohibition against Jeremiah (Jay) Nixon, the Attorney General of Missouri.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

■

Mark HEDIGER, Appellant,

v.

MISSOURI DEPARTMENT OF CORRECTIONS et al., Respondent.

No. WD 68441.

Missouri Court of Appeals, Western District.

Dec. 11, 2007.

Mark Hediger, Jefferson City, MO, appellant acting pro se.

Emily A. Dodge, Jefferson City, MO, for respondent.

Before THOMAS H. NEWTON, P.J., PAUL M. SPINDEN, and LISA WHITE HARDWICK, JJ.

### ORDER

PER CURIAM.

Mr. Mark Hediger appeals the trial court's judgment dismissing his cause of action against the respondents.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).